UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IVAN SUBIA,<br><br>    Defendant. | CASE NO. MJ21-461<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Possession of Controlled Substances with Intent to Distribute

<u>Date of Detention Hearing</u>:    August 10, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is a native of Mexico.   He was not interviewed by Pretrial Services,

DETENTION ORDER
PAGE -1

so much of his background information is unknown or unverified, including his immigration status and ties to this District.  Defendant's criminal record includes several immigration offenses, including a deportation.   Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on possible foreign citizenship, a prior deportation, unknown background information, and unknown residence. Defendant poses a risk of danger based on the nature of the offense, and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 10th day of August, 2021.

DETENTION ORDER
PAGE -2

01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3